## COMMONWEALTH of Pennsylvania, Respondent,

v.

## Robert HOLBROOK, Petitioner.

Supreme Court of Pennsylvania.

May 17, 2000.

### *ORDER*

PER CURIAM:

AND NOW, this 17th day of May, 2000, the Petition for Allowance of Appeal is hereby **GRANTED**, the portion of the order of the Superior Court imposing counsel fees is **VACATED**, and the matter is **REMANDED** for consideration of Petitioner's ineffective assistance claim.